Sarah E. Marinho, SBN 293690
Dmitry Stadlin, SBN 302361
**STADLIN MARINHO LLP**
111 N. Market St., Suite 300
San Jose, CA 95113
T: (408) 645-7801
F: (408) 645-7802
E: sm@stadlinmarinho.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JONES,<br><br>                Plaintiff,<br><br>        vs.<br><br>COUNTY OF SAN MATEO COUNTY, JAMES SALOMAA, NICHOLAS JANAKOS, and DENNIS LOUBAL,<br><br>                Defendants | Case No. 21-cv-06017 WHO<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DATE AND  HEARING DATE FOR MOTION TO DISMISS (ECF 18)** |

Pursuant to Local Rule 7-12, the parties stipulate that the Motion to Dismiss Hearing scheduled for December 8, 2021, be continued to December 15, 2021,

WHEREAS the parties stipulate that the Plaintiff's response to Motion to Dismiss due November 12, 2021, be due November 26, 2021,

WHEREAS Counsel for Plaintiff is unavailable due to having previously set two depositions scheduled all day for another case (21-cv-02105-EJD) on December 8, 2021,

WHEREAS Counsel for Plaintiff had an Opposition to a Motion Summary Judgment due November 1, 2021 for another case (18-cv-06264-EJD).

WHEREAS Counsel for Plaintiff has an Opposition to a Motion Summary Judgment due November 15, 2021  for another case (18-cv-06264-EJD) and an Opposition to a Motion to Dismiss due November 20, 2021 for another case (20-cv-04824-BLF).

WHEREAS Defendants Counsel has agreed to Stipulate to change the date,

1

1   WHEREAS the stipulated date does not impact any other scheduled date in this matter;

2

3   NOW THEREFORE, the parties, by their undersigned counsel of record,

4   IT IS SO STIPULATED.

5

6

7   Dated:  November 9, 2021                    Respectfully submitted,

8                                               STADLIN MARINHO LLP

9

10                                              By: /s/*Sarah E. Marinho*
                                                    Sarah E. Marinho

11

12                                              Attorneys for Plaintiff
                                                ISAAC JONES
13

14  Dated:  November 9, 2021                    Respectfully submitted,

15                                              JOHN C. BEIERS, COUNTY COUNSEL

16

17                                              By: /s/*Tara Heumann*

18                                                  Tara E. Heumann, Deputy
                                                    Peter H. Cruz, Deputy
19
                                                Attorneys for Defendants
20                                              COUNTY OF SAN MATEO, NICHOLAS
                                                JANAKOS, DENNIS LOUBAL AND JAMES
21                                              SALOMAA

22
        Pursuant to the parties' stipulation, and the circumstances therein described, good cause exists for
23
    the Motion to Dismiss Hearing be continued to December 15, 2021, and the Plaintiff's response to the
24
    Motion to Dismiss is due November 26, 2021.
25
    **IT IS SO ORDERED.**
26
    Dated: November 12, 2021            By: _____
27                                          Judge William H. Orrick
                                            U.S. District Court Judge
28