SARAH MARINHO, SBN 293690
DMITRY STADLIN, SBN 302361
**STADLIN MARINHO LLP**
111 N. Market St., Suite 300
San Jose, California 95113
T: (408) 645-7801
F: (408) 645-7802

sm@stadlinmarinho.com

Attorneys for Plaintiff

JOHN C. BEIERS, COUNTY COUNSEL (SBN144282)
By: Tara E. Heumann, Deputy (SBN 252163)
By: Peter H. Cruz, Deputy (SBN 220850)
Hall of Justice and Records

400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4250
Facsimile:  (650) 363-4034

E-mail:  theumann@smcgov.org

E-mail:  pcruz@smcgov.org

Attorneys for Defendants
COUNTY OF SAN MATEO, NICHOLAS JANAKOS,
DENNIS LOUBAL AND JAMES SALOMAA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ISAAC JONES, | Case No.: 21-cv-06017-WHO |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS THE ACTION** |
| v. | |
| COUNTY OF SAN MATEO COUNTY, JAMES SALOMAA, NICHOLAS JANAKOS, and DENNIS LOUBAL, | **WITH PREJUDICE PURSUANT TO F.R.C.P 41** |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ACTION WITH
PREJUDICE PURSUANT TO F.R.C.P 41

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel that the above-captioned action, be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side shall bear their own attorney's fees and costs.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature /S/ within this e-filed document.


Dated: February 18, 2022                                  Respectfully Submitted,

                                                          /s/ Sarah E. Marinho
                                                          Sarah E. Marinho
                                                          Attorney for Plaintiff


Dated: February 18, 2022                                  /s/ Tara Heumann
                                                          Tara E. Heumann, Deputy
                                                          Peter H. Cruz, Deputy
                                                          Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ACTION WITH
PREJUDICE PURSUANT TO F.R.C.P 41
 21-cv-06017-WHO

1

**ORDER**

2        THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED

3   ADJUDGED AND DECREED THAT:

4        1. The entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure

5   41(a)(1)(ii).

6        2. The clerk shall enter judgment dismissing the entire action with prejudice.

7        3. Each party shall bear his own costs and attorney's fees.

8

9

10                                                        

11  Dated:  February 28, 2022            By:_____
                                               Judge William H. Orrick
12                                             U.S. District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ACTION WITH
PREJUDICE PURSUANT TO F.R.C.P 41